USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                      :
MIOULY E. PONGNON,                                                    :
                                                                      :
                                  Plaintiff,                          :         1:25-cv-9474-GHW
                                                                      :
                      -v -                                            :         NOTICE OF INITIAL
                                                                      :         PRETRIAL CONFERENCE
THE CITY OF NEW YORK COUNCIL, *et al.,*                               :
                                                                      :
                                  Defendants.                         :
                                                                      :
------------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        In the Court's order dated December 5, 2026, Dkt. No. 6, the parties were directed to

submit a joint status letter and proposed case management plan to the Court no later than February

10, 2026.  The Court has not received the joint status letter or proposed case management plan.  The

parties are directed to comply with the Court's December 5, 2026 order forthwith and in any event

no later than February 12, 2026.

        SO ORDERED.

Dated:  February 12, 2026                          _____
New York, New York                                        GREGORY H. WOODS
                                                          United States District Judge