UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2026

-------------------------------------------------------------------- X
                                                          :
MIOULY E. PONGNON,                                        :
                                                          :
                                    Plaintiff,            :          1:25-cv-9474-GHW
                                                          :
             -v -                                         :          ORDER
                                                          :
THE CITY OF NEW YORK COUNCIL, *et al.,*                   :
                                                          :
                                    Defendants.           :
                                                          :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on February 17, 2026, Defendants'

motion to dismiss is due by April 17, 2026; Plaintiff's opposition is due four weeks after the date of

service of Defendants' motion; and Defendants' reply, if any, is due two weeks after the date of

service of Plaintiff's opposition.  And, for the reasons stated on the record, Defendants' request to

stay discovery in this case pending resolution of Defendants' anticipated motion to dismiss is

granted.

       SO ORDERED.

Dated: February 17, 2026
      New York, New York

_____
        GREGORY H. WOODS
      United States District Judge