

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JESSICA KATZEN**
Assistant Corporation Counsel
jkatzen@law.nyc.gov
Phone: (212) 356-1646

March 3, 2026

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Miouly E. Pongnon v. New York City, et al.*, 25-cv-9474 (GHW)

Your Honor:

    As directed at the February 17, 2026 conference in the above-entitled matter, the parties jointly write to advise the Court as to the status of Plaintiff's proposed amended complaint.

    On February 27, 2026, Plaintiff provided Defendants with a copy of the proposed amended complaint. Defendants have reviewed the proposed amended complaint and consent to its filing. For the same reasons set forth previously in their pre-motion letter (ECF 11), Defendants believe that a motion to dismiss is warranted as to the amended complaint and request permission from this Court to file said motion.[1]

                Respectfully submitted,

                *Jessica Katzen*

                Jessica Katzen
                Assistant Corporation Counsel

CC: Plaintiff (via ECF)

---

[1] The Court has previously ordered that all discovery is stayed pending resolution of the motion to dismiss. ECF 18.