USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                    :

MIOULY E. PONGNON,                     :

                                    :

                     Plaintiff,    :                  1:25-cv-9474-GHW

                                    :

              -v -                   :                   ORDER

                                    :

THE CITY OF NEW YORK COUNCIL, *et al.,*   :

                                    :

                  Defendants.   :

                                    :
-------------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

On March 3, 2026, the Court set a schedule in this matter for the briefing of Defendants' motion to dismiss.  Dkt. No. 20.  Pursuant to the March 3, 2026 order, Defendants' motion to dismiss was due no later than May 17, 2026, and "Plaintiff's opposition [was] due four weeks after the date of service of Defendants' motion."  *Id.* at 1.

Defendants filed their motion to dismiss on May 15, 2026.  Dkt. No. 26.  Pursuant to the schedule set by the Court in the March 3, 2026 order, Plaintiff's opposition was due by June 12, 2026.  Plaintiff did not file an opposition by that deadline.  Accordingly, the Court will treat Defendants' motion to dismiss as unopposed.

SO ORDERED.

Dated:  June 16, 2026
        New York, New York

                                    _____
                                       GREGORY H. WOODS
                                    United States District Judge